# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 03-03132-03-CR-S-RED |
| ) | |
| RAYMOND G. McELROY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Now before the Court is the Report and Recommendation (Doc. 174) of the Honorable James C. England, recommending that Defendant Raymond G. McElroy's Motion to Suppress Statements be denied. Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto, it is hereby ordered that the magistrate judge's report and recommendation (Doc. 174) is **ACCEPTED AND ADOPTED** in its entirety. **IT IS FURTHER ORDERED** that the Motion to Suppress Statements (Doc. 167) is hereby **DENIED**.

**IT IS SO ORDERED.**

DATE:   November 4, 2005       */s/ Richard E. Dorr*
                                RICHARD E. DORR, JUDGE
                                UNITED STATES DISTRICT COURT